UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY STERK, KIMBERLY STERK, and MICHAEL MELISSINOS, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., *et al.*,<br>　　　　　　　　　　　　Defendants. | Case No. 15-cv-2705-LGS<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Credit Suisse Group AG and Credit Suisse Securities (USA) LLC, by and through their undersigned counsel, Cahill Gordon & Reindel LLP, certify that Credit Suisse Securities (USA) LLC is a wholly-owned subsidiary of Credit Suisse Group AG.  Credit Suisse Group AG has no parent company, and no publicly held corporation owns 10 percent or more of its stock.

Dated:　New York, New York
　　　　　May 15, 2015

　　　　　　　　　　　　　　　　　　　　**CAHILL GORDON & REINDEL** LLP

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Herbert S. Washer_____
　　　　　　　　　　　　　　　　　　　　Herbert S. Washer
　　　　　　　　　　　　　　　　　　　　David G. Januszewski
　　　　　　　　　　　　　　　　　　　　Elai Katz
　　　　　　　　　　　　　　　　　　　　Jason M. Hall
　　　　　　　　　　　　　　　　　　　　80 Pine Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　(212) 701-3000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Credit Suisse Group AG and Credit Suisse Securities (USA) LLC*